JUDGEMENT / SENTENCE DATE 12/03/2014

MOTION FOR NEW TRIAL FILED____YES_X_NO DATE_____

_____

Deputy District Clerk

FILED

2015 JAN -5 PM 4:05

FILED IN DRAWER #40

5th COURT OF APPEALS

DALLAS, TEXAS

F13-23326

THE STATE OF TEXAS

VS.

Summer Rae Harris

CAUSE NO. _____

194th DISTRICT COURT

Clerk

DALLAS COUNTY, TEXAS

FELICIA PITRE

Clerk

5/7/2015 10:33:53 AM

## DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH

### APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defenant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein.

WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

X _____
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

Felicia Pitre

~~JIM HAMLIN~~

DISTRICT CLERK

Dallas County, Texas

By _____
Deputy District Clerk

### ORDER

The Defendant having requested the Court to appoint Counsel,

it is Ordered the Honorable Christian T. Souza _____,

Address: 4303 N. Central Expressway, Dallas TX 75205

a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe all of the notes as same may appertain to this cause and as taken during the trial of this cause which began on

_____, _____, and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

_____
Judge

# Certification of Defendant's Right of Appeal

FILED

No. F13-25326-M

District -5 PM 4:07

The State of Texas

In the 194th Court

of

v. Summer Rae Harris

Dallas

County, Texas DEPUTY

_____
Defendant

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

**X** is not a plea-bargain case, and the defendant has the right of appeal. [or ]

[] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or ]

[] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or ]

[] is a plea-bargain case, and the defendant has NO right of appeal. [or ]

[] the defendant has waived the right of appeal.
**Hon. Ernest White**

_____
Judge

_____
Date Signed  11/5/15

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant
Mailing Address: **In Custody; Dallas Co.**
Telephone number: **Jail**
Fax number (if any)

_____
Defendant's Counsel  Christian T. Souza
State Bar of Texas ID number  00785414
Mailing Address: 4303 N. Central Expressway, Dallas, TX 75
Telephone number: 214-862-7462
Fax number (if any): 214-696-0867

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case -- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant -- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2)



CASE NO. F-13-25326-M
INCIDENT NO./TRN: 9196871016

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 194th JUDICIAL DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| SUMMER RAE HARRIS | § | DALLAS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX08895160 | § | |

# JUDGMENT ADJUDICATING GUILT

| Judge Presiding: | HON. Ernest White | Date Judgment Entered: | 12/3/2014 |
|---|---|---|---|
| Attorney for State: | Stephanie Martin | Attorney for Defendant: | Monique Ward |

| Date of Original Community Supervision Order: | Statute for Offense: |
|---|---|
| 3/26/2014 | 32.21 Penal Code |

Offense for which Defendant Convicted:

**FORGERY CHECK**

Date of Offense:

**2/14/2013**

| Degree: | Plea to Motion to Adjudicate: | Findings on Deadly Weapon: |
|---|---|---|
| STATE JAIL FELONY | TRUE | N/A |

Terms of Plea Bargain:

**OPEN**

| Date Sentence Imposed: | 12/3/2014 | Date Sentence to Commence: | 12/3/2014 |
|---|---|---|---|

| Punishment and Place of Confinement: | 15 MONTHS STATE JAIL DIVISION, TDCJ |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ | $ 294.00 | $ (see below) | ☐ AGENCY/AGENT ☐ VICTIM |

☐ Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| Time Credited: | From **10/3/2013** to **11/1/2013**    From **11/9/2014** to **12/3/2014**    From    to |
| | From    to    From    to    From    to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | DAYS NOTES: **N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

The Court previously deferred adjudication of guilt in this case. Subsequently, the Court heard the matter of Defendant's compliance with and obedience to the terms and conditions of the Court's Order of Deferred Adjudication of Guilt. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.



After hearing and considering the evidence presented by both sides, the Court FINDS THE FOLLOWING: (1) The Court previously found the Defendant to be qualified for community supervision; (2) The Court DEFERRED further proceedings, made no finding of guilt, and rendered no judgment; (3) The Court issued an order placing Defendant on community supervision for a period of **2 YEARS**; (4) The Court assessed a fine of $ **1,500.0**; (5) While on community supervision, Defendant violated the terms and conditions of community supervision as set out in the State's **ORIGINAL** Motion to Adjudicate Guilt as follows:
See attached Motion to Adjudicate Guilt.

Accordingly, the Court GRANTS the State's Motion to Adjudicate the Defendant's Guilt in the above cause. FINDING the Defendant committed the offense on the date as noted above, the Court **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, State Jail Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Dallas County, Texas on the date the sentence is to commence. Defendant shall be confined in the Dallas County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court ORDERS Defendant to proceed immediately to the Office of the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence **EXECUTED.**

☐ The Court ORDERS Defendant's sentence of confinement **SUSPENDED.** The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

**Signed and entered on December 3, 2014**

X _____
Ernest White
JUDGE PRESIDING

Clerk: Ewilson

*Certificate of Thumbprint attached.

Right Thumbprint*

CAUSE NO.:  F1325326M                         194TH JDC

THE STATE OF TEXAS                            DALLAS COUNTY, TEXAS

VS.
SUMMER RAE HARRIS                    July          TERM, 2014

**\*\*AMENDED\*\***
## MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT

COMES NOW the State of Texas by and through her Criminal District Attorney and would show the Court the following:

That _____ SUMMER RAE HARRIS _____, Defendant, was duly and legally placed on probation for a period of ____ 2 ____ years in the above entitled and numbered cause in _____ 194TH JDC _____ of Dallas County, Texas, on the 26th day of March, A.D., 2014 _____ for the offense of:

### FORGERY FINANCIAL INSTRUMENT

That the Defendant has violated the following conditions ____ A, A, D, H, J, K, L, R, U ____ of said supervision in that;

### SEE ATTACHED PAGE(S)

This violation-offense occurred after ____ 03/26/2014 ____ and during the term of Supervision.

WHEREFORE, the State prays that said Defendant be cited to appear before this Honorable Court and show cause why the Court should not revoke probation or proceed with an adjudication of guilt on the original charge.

This the 11th day of November, A.D., 2014

```
***********************************
*        F I L E D            *
*        11/11/2014           *
*      Gary Fitzsimmons       *
*     DISTRICT CLERK          *
*    DALLAS CO., TEXAS        *
*                             *
*        DEPUTY               *
***********************************
```

Craig Watkins
District Attorney
Dallas County, Texas

BY: _____
Assistant District Attorney

A copy of this motion was delivered to the Defendant on the 12th day of November A.D., 20 14.

_____
CSO

I received a copy of this motion on the 12th day of November A.D., 20 14.

_____
Defendant

ML#:  C-510909

CAUSE NO.: F1325326M                                194TH JDC

THE STATE OF TEXAS                                  DALLAS COUNTY, TEXAS

VS.
SUMMER RAE HARRIS                          July          TERM, 2014

**\*\*AMENDED\*\***

**MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT**

(a) SUMMER RAE HARRIS did violate condition (a) by violating the laws of the State of Texas in that on or about 11/09/2014 in Dallas County, Texas, s(he) did then and there unlawfully commit the new offense of THEFT <$1,500 2/MORE PREV CONVIC (FS) as alleged under cause number F1460100.

(a) SUMMER RAE HARRIS did violate condition (a) by violating the laws of the State of Texas in that on or about 08/20/2014 in Dallas County, Texas, s(he) did then and there unlawfully commit the new offense of THEFT >=$50<$500 (MB) as alleged under cause number M1442234.

(d) SUMMER RAE HARRIS did violate condition (d) in that s(he) did not report to the community supervision office as directed for the months of: August 2014, September 2014, October 2014.

(h) SUMMER RAE HARRIS did violate condition (h) in that s(he) did not pay Court Costs and Fines as ordered by the court and is currently delinquent: $1,988.00

(j) SUMMER RAE HARRIS did violate condition (j) in that s(he) did not pay community supervision fees as directed and is currently delinquent: $420.00

(k) SUMMER RAE HARRIS did violate condition (k) in that s(he) did not pay the Crime Stoppers payment as ordered by the court and is currently delinquent: $50.00

(l) SUMMER RAE HARRIS did violate condition (l) in that s(he) did not complete Community Service hours as directed.

(r) SUMMER RAE HARRIS failed to participate in the AJRS ANTI-THEFT PROGRAM LEVEL II and successfully complete the said program as directed by the Court;

(u)   The defendant failed to report back to the 194 Judicial District Court (7th Floor), Crowley Courts Bldg., at 133 N. Riverfront Blvd., Dallas, TX 75207 on 09/26/2014 at 1:30 p.m. for a supervision review with the Judge;

# JUDGMENT
## CERTIFICATE OF THUMBPRINT

**THE STATE OF TEXAS**

**VS.**

Harris, Summer

**CAUSE NO. F** 13-25326-

194th Judicial **DISTRICT COURT** ___

**DALLAS COUNTY, TEXAS**

**RIGHT THUMB**

**DEFENDANT'S** _RT_ **HAND**

**THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.**

**DONE IN COURT THIS** 3 **DAY OF** DEC. **, 20** 14 **.**

**BAILIFF/DEPUTY SHERIFF**

**\*INDICATE HERE IF PRINT OTHER THAN DEFENDANT'S RIGHT THUMBPRINT IS PLACED IN BOX:**

_____ **LEFT THUMBPRINT**          _____ **LEFT/RIGHT INDEX FINGER**

_____ **OTHER,** _____

**SIGNED AND ENTERED ON THIS** 3 **DAY OF** DEC **, 20** 14 **.**

**PRESIDING JUDGE**